# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Receipt #
219612

Direct Number: (212) 326-3819
dhirtzel@jonesday.com

JP003073
500605-400002

January 29, 2014

VIA HAND DELIVERY

Office of the Court Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: In re: Lehman Brothers Holdings, Inc.
Court of Appeals Nos. 12-2322, 12-2328, 12-2657, 12-2933

Dear Clerk of the Court:

Please accept this letter as a request to purchase a CD of the oral argument held on May 29, 2013 at 10:00 a.m. in the above referenced matters. Enclosed is a check for $30.00 to satisfy the applicable fee. In addition, I have enclosed a pre-paid Federal Express envelope for your convenience to provide the CD to my attention.

Please contact me if you have any questions or comments. Thank you for your cooperation with this matter.

Sincerely,

Denise Hirtzel
Paralegal

NALKHOBAR9v1 ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**RECEIPT FOR PAYMENT**
**UNITED STATES COURT OF APPEALS**
**SECOND CIRCUIT**
**NYC, NY**
**OFFICE OF THE CLERK**

RECEIVED FROM Jones Day
222 East 41st Street
New York, NY 10017-6702

CASE REFERENCE 12-2322 (L)

01-30-2014(THU) 16:02
C03        MCH01        030134
                        CT 1

| Code | Description | | |
|---|---|---|---|
| 086900 | Docketing Fees | | |
| 086400 | Docketing Fees (Special Fund) | 1 JUDICIAL FEE 510 | $15.00 |
| 322340 | Publications/Opinions | 1 COPIES 350 | $15.00 |
| 322350 | Copy Fees | TL | $30.00 |
| 322360 | Misc. (Certifications, etc.) | CHECK | $30.00 |
| 510000 | Judiciary Fee | | |
| 6855AP | New Local Fee | | |

CD of oral argument

All checks, money orders, drafts, etc. accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which it was drawn.

Deputy Clerk