

RICHARDS KIBBE & ORBE LLP

April 29, 2014

United States Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
ATT: Calendaring Department

<u>In Re: Lehman Brothers Holding</u>
12-2322

Dear Sir or Madam:

    I am writing to request a CD of the oral argument held on May 29, 2013 in connection with the above –referenced case. Enclosed is a check for $30.00 made payable to the United States Court of Appeals for the Second Circuit to cover the cost of the CD. In addition, we have enclosed a self-addressed Federal Express envelope in which to send us the requested CD.

    If you have any questions regarding the above request, please contact the undersigned.

Thank you.

                                                           Sincerely,

                                                           Michael Schneider
                                                           Managing Clerk

(Enclosures)